IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2008 OCT -6 PM 1:48

| | |
|---|---|
| **LESTER LESHON CORLEY,** ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | CIVIL ACTION NO. 608-029 |
| ) | |
| **BRUCE PEARSON, Warden, and** ) | |
| **THURBERT BAKER, Attorney** ) | |
| **General of the State of Georgia,** ) | |
| ) | |
| Respondents. ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The clerk shall enter the appropriate judgment in favor of the respondent and close this case.

**SO ORDERED** this 6th day of October, 2008.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia